UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANI E. THOMPSON, | No. C-13-4782 EMC (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S DEPT.; *et al.*, | |
| Defendants. | |

On September 3, 2014, mail was sent from the Court to Plaintiff at the address he provided on his initial filing in this action and was returned undelivered on September 11, 2014, marked "return to sender - not in custody." (Docket # 11.) Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send a current

///
///
///
///
///

1  address within sixty days of the return of the undelivered mail.  This action is DISMISSED without
2  prejudice because Plaintiff failed to keep the Court informed of his address in compliance with
3  Local Rule 3-11(a).

     IT IS SO ORDERED.

Dated: November 17, 2014

_____
EDWARD M. CHEN
United States District Judge